1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9            IN THE UNITED STATES DISTRICT COURT FOR

10                 THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 ANTOINETTE ADKINS      )
                          )   Case No. 1:09-CV-2031
14                        )
        Plaintiff,        )   STIPULATION AND PROPOSED ORDER
15                        )   FOR EXTENSION OF TIME
   vs.                    )
16                        )
   COMMISSIONER OF        )
17 SOCIAL SECURITY,       )
                          )
18      Defendant.        )
                          )
19

20      The parties hereby stipulate through counsel, with the Court's approval as indicated by

21 issuance of the attached Order, that Plaintiff shall have a first extension of time of 30 days to

22 serve on Defendant a confidential letter brief. The new due date for Plaintiff's confidential letter

23 brief will be May 11, 2010. The Court's Scheduling Order shall be modified accordingly.

24 / /

25 / /

26 / /

27 / /

28

1  Dated: April 8, 2010                    /s/ Sengthiene Bosavanh

2                                          SENGTHIENE BOSAVANH, ESQ.
                                           Attorney for Plaintiff.
3

4  Dated: _____            BENJAMIN B. WAGNER
                                           United States Attorney
5
                                           By: /s/ Leslie Alexander
6                                          (as authorized via facsimile/e-mail)
                                           LESLIE ALEXANDER
7                                          Assistant Regional Counsel

8

9         IT IS SO ORDERED.

10        **Dated:   April 12, 2010**              **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE